UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case No.: 2:22-cv-00391-TLN-CKD |
| Plaintiff, | Judge Troy L. Nunley |
| vs. | [PROPOSED] ORDER REQUIRING FURTHER STATUS REPORT |
| JOHN DOE subscriber assigned IP address 98.36.92.221, | |
| Defendant. | |

Having reviewed the Status Report filed on May 2, 2022 by Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), the Court hereby orders that Plaintiff file a further status report by no later than June 2, 2022 (unless the action is dismissed on or before June 2, 2022, then no further status report is required).

**DONE AND ORDERED**.

Dated: May 4, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE